# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00583-CV

**In re Eric Drake**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and the emergency motion to stay are denied.
*See* Tex. R. App. P. 52.8(a).

_____

Scott K. Field, Justice

Before Justice Puryear, Pemberton and Field

Filed:   September 17, 2014